# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND HERSHAWN LITTLE,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW BEARD, Warden,<br><br>Respondent. | CASE NO. 2:15-CV-02709-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

11/10/16

DATED: _____

_Dale S. Fischer_

DALE S. FISCHER
U.S. DISTRICT JUDGE